**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-2200**

KIMBERLY LYNN SOUDER,

             Plaintiff - Appellant,

       v.

SOCIAL SECURITY ADMINISTRATION, Columbia, Maryland,

             Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Peter J. Messitte, Senior District Judge.  (8:08-cv-00854-PJM)

Submitted:  February 23, 2009          Decided:  March 9, 2009

Before DUNCAN and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kimberly Lynn Souder, Appellant Pro Se.  Allen F. Loucks, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kimberly Lynn Souder appeals the district court's order dismissing for lack of jurisdiction her civil action against the Social Security Administration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Souder v. Social Security Administration, No. 8:08-cv-00854-PJM (D. Md. Oct. 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED